*E-Filed 3/26/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA TOLEDO, | No. C 10-00497 RS |
| Plaintiffs,<br>v. | **STANDBY ORDER TO SHOW CAUSE** |
| ALLIED INTERNATIONAL CREDIT CORP., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 20, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 27, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/26/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE